Opinion issued September 25, 2008 













In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-07-00805-CR

 01-07-00806-CR

____________


COSME MONTES Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 180th District Court 

Harris County, Texas

Trial Court Cause Nos. 1086759 and 1086760

 






MEMORANDUM OPINION

 Appellant, Cosme Montes, pleaded guilty to two separate offenses of
aggravated sexual assault of a child. After a pre-sentence investigation hearing, the
trial court sentenced appellant, in each case, to confinement for 20 years. We affirm.

 Appellant's counsel on appeal has filed a brief stating that the record presents
no reversible error, that the appeals are without merit and are frivolous, and that the
appeals must be dismissed or affirmed. See Anders v. California, 386 U.S. 738, 87
S.Ct. 1396, (1967). The brief meets the requirements of Anders by presenting a
professional evaluation of the record and detailing why there are no arguable grounds
for reversal. Id. at 744, 87 S.Ct. at 1400; see also High v. State, 573 S.W.2d 807, 810
(Tex. Crim. App.1978). 

 Counsel represents that he has served a copy of the brief on appellant. Counsel
also advised appellant of his right to examine the appellate record and file a pro se
response to his Anders brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991). More than 30 days have passed, and appellant has not filed a pro se
brief. Having reviewed the records and counsel's brief, we agree that the appeals are
frivolous and without merit and that there is no reversible error. See Bledsoe v. State,
178 S.W.3d 824, 826-27(Tex. Crim. App. 2005). 

 We affirm the judgments of the trial court and grant counsel's motion to
withdraw. (1) 

 Any pending motions are denied as moot.

PER CURIAM


Panel consists of Chief Justice Radack, and Justices Nuchia and Higley.

Do not publish. Tex. R. App. P. 47.2(b).









 
1. Appointed counsel still has a duty to inform appellant of the result of this appeal and
that she may, on her own, pursue discretionary review in the Texas Court of Criminal
Appeals. See Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).